## AT THE UNITED STATES DISTRICT COURT
## IN AND FOR DISTRICT OF NEW JERSEY

Carlene McPhillip
3501 Blackhorse Pk #530-1026
Turnersville, NJ 08012
856 397 7115 – Phone
kfordays@yahoo.com – Email

May 17, 2023

| | |
|---|---|
| Carlene McPhillip<br>             Plaintiff<br>v.<br><br>Kathleen M. Magoon (private capacity)<br><br>Robert G. Malestein (private capacity)<br><br>NATIONSTAR MORTGAGE LLC dba MR. COOPER<br><br>ALLIED FIRST BANK, SB dba SERVBANK<br>             Defendants | Docket No.:<br><br>Trial by jury demand<br>Collateral attack<br>42 U.S Code 1983<br>12 U.S Code 1701 et seq.<br>Bill of Rights: Article(s) 1st, 4th, 6th and 14th<br>Abuse of Process<br>Identity Theft |

## CERTIFICATE OF SERVICE

I, Carlene McPhillip, hereby certify I have this day served the foregoing complaint to the address hereunder by depositing a copy of the same in the United States mail in an envelope with the sufficient postage thereon addressed as follows:

1. CSC agent for NATIONSTAR MORTGAGE LLC dba MR. COOPER, Princeton South Corporate Center, Suite 160, 100 Charles Wing Blvd, Ewing, NJ 08628

2. KATHLEEN M MAGOON  14000 Commerce Parkway Ste B Mt. Laurel, NJ 08054

3. ROBERT G MALESTEIN  70 Hunter Street 3rd Floor Woodbury, NJ 08096

4. CT CORPORATION SYSTEM agent for ALLIED FIRST BANK, SB dba SERVBANK
   820 Bear Tavern Road, West Trenton, NJ, 08628

By: *(signature)*
Carlene McPhillip

Alleged 17th day of the fifth month two thousand twenty three