UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------x
CARLENE MCPHILLIP

        Plaintiff,                              Civil Action No. 1:23-cv-02663-RMB-EAP

    v.

KATHLEEN M. MAGOON (PRIVATE CAPACITY)
ROBERT G. MALESTEIN (PRIVATE CAPACITY)
NATIONSTAR MORTGAGE LLC DBA MR. COOPER
ALLIED FIRST BANK, SB DBA SERVBANK

        Defendants.
------------------------------------------------------------------------x

**Application for an Extension of Time to Answer, Move or Otherwise Reply (L.Civ.R. 6.1(b))**

Application is hereby made for a Clerk's Order extending time within which defendant(s) Allied First Bank, SB dba Servbank, may answer, move or otherwise reply to Complaint filed by plaintiff(s) herein until August 7, 2023 and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on June 2, 2023 and
3. Time to Answer, Move or otherwise Reply expires on June 23, 2023

                              /s/ Joseph M. Labuda
                              Joseph M. Labuda, Esq.
                              Attorney for Defendant(s)
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, NY 11042-1073
                              (516) 328-8899 (office)
                              (516) 328-0082 (facsimile)
                              joe@mllaborlaw.com

                              ORDER

The above application is ORDERED GRANTED extended to August 7, 2023.

ORDER DATED _____                WILLIAM T. WALSH, Clerk

                              By: _____
                                  Deputy Clerk