Brian M. Gilbert, Esq.
MCCALLA RAYMER LEIBERT PIERCE, LLC
485 Route 1 South, Bldg. F, Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
Fax: 732-902-5398
Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLENE MCPHILLIP,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN M. MAGOON (PRIVATE CAPACITY), ROBERT G. MALESTEIN (PRIVATE CAPACITY), NATIONSTAR MORTGAGE LLC DBA MR. COOPER, ALLIED BANK SB DBA SERVBANK,<br><br>Defendants. | Civil Action No. 1:23-cv-02663-RMB-EAP<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER AND OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

**APPLICATION** is hereby made for a Clerk's Order pursuant to Local Rule of Civil Procedure 6.1(b) of the United States District Court for the District of New Jersey extending the time within which Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") may answer or otherwise respond to the Complaint filed in this action by Plaintiff, Carlene McPhillip ("Plaintiff"). In support of this Application, Nationstar represents as follows:

1. On May 17, 2023, Plaintiff filed a Complaint (ECF No.1).

2. Nationstar's agent for service received copies of the Summons and Complaint on June 2, 2023, which, if determined to be valid service, would result in a response deadline of June 23, 2023.

3. No previous extension of time has been requested of and/or granted in connection

with Nationstar's time to respond to the Complaint.

4. Wherefore, pursuant to Local Civil Rule 6.1(b), Nationstar respectfully requests that the Clerk enter a Text Order extending its time to answer or otherwise respond to the Complaint, through and including July 7, 2023.

                                      MCCALLA RAYMER LEIBERT PIERCE, LLC
                                      *Attorneys for Defendant, Nationstar Mortgage LLC*
                                      *d/b/a Mr. Cooper*

Dated: June 15, 2023           By:   /s/ *Brian M. Gilbert*
                                            Brian M. Gilbert