Brian P. Scibetta, Esq.
Brian M. Gilbert, Esq.
McCalla Raymer Leibert Pierce, LLC
485 Route One South
Building F, Suite 300
Iselin, New Jersey 08830
Telephone: 732-902-5399
Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLENE MCPHILLIP,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN M. MAGOON (PRIVATE CAPACITY), ROBERT G. MALESTEIN (PRIVATE CAPACITY), NATIONSTAR MORTGAGE LLC DBA MR. COOPER, ALLIED BANK SB DBA SERVBANK<br><br>Defendants. | Civil Action No.: 1:23-CV-02663-RMB-EAP<br><br>**CERTIFICATE OF SERVICE**<br><br>**Electronically Filed** |

I, Brian M. Gilbert, do hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney and associated with the law firm of McCalla Raymer Liebert Pierce, LLC, attorneys for the Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper in the above-captioned civil action.  I am admitted to practice in this Court and am a member in good standing.

2. On July 10, 2023, I caused Defendants Notice of Motion to Dismiss the First Amended Complaint Pursuant to ed. R. Civ. P. 12(b)(1) under the Colorado River doctrine or, alternatively, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim

upon which relief can be granted, supporting memorandum of law, proposed form of Order,

and this Certificate of Service to be delivered via ECF and regular mail upon the following:

Carlene McPhillip
3501 Blackhorse Pk #530-1026
Turnersville, NJ 08012
*Pro se*

I certify under penalty of perjury that the foregoing is true and correct.

By: */s/ Brian M. Gilbert*
Brian M. Gilbert

Dated:  July 10, 2023