Kathleen M. Magoon, Esq.
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
Tel: (856) 793-3080
kmagoon@logs.com
*Pro Se, Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLENE MCPHILLIP,<br>    PLAINTIFF,<br><br>    v.<br><br>KATHLEEN M. MAGOON (PRIVATE CAPCITY), ROBERT G. MALESTEIN (PRIVATE CAPACITY), NATIONSTAR MORTGAGE LLC DBA MR. COOPER, ALLIED BANK SB DBA SERVEBANK<br><br>DEFENDANTS | Civil Action No. 1:23-CV-02663-RMB-EAP<br><br><br>CERTFICATION OF SERVICE |

KATHLEEN M. MAGOON, ESQUIRE, of full age, hereby certified as follows:

1. I am an attorney at law of the State and District Court of New Jersey, and I am a member of the LOGS Legal Group LLP, of the New Jersey office.

2. I have personal knowledge of the facts set forth herein.

3. Attached hereto as Exhibit A, is a true and correct copy of the Note executed by Carlene McPhillip.

4. Attached hereto as Exhibit B, is a true and correct copy of the Mortgage executed by Carlene McPhillip on November 29, 2017. Same was recorded in the Gloucester County Clerk's Office on November 30, 2017 in Book 15286, Page 92.

5.      Attached hereto as Exhibit C, are a true and correct copies of the Assignments of Mortgage assigning the Mortgage from Mortgage Electronic Registration Systems, Inc., as nominee for Unifirst Mortgage Corporation, its successors and assigns to Nationstar Mortgage LLC d/b/a Mr. Cooper, and from Nationstar Mortgage LLC d/b/a Mr. Cooper to Allied First Bank, SB dba Servbank, respectively. Same were recorded in the Gloucester County Clerk's Office on April 2, 2018 in Book 351, Page 306 and on July 5, 2023 in Book 477, Page 177 respectively.

6.      Attached hereto as Exhibit D, is a true and correct copy of the filed Complaint in Mortgage Foreclosure.

7.      Attached hereto as Exhibit E, is a true and correct copy of the Affidavit of Service of the Complaint in Mortgage Foreclosure.

8.      Attached hereto as Exhibit F, is a true and correct copy of Carlene McPhillip's Answer filed on the foreclosure docket on November 28, 2022.

9.      Attached hereto as Exhibit G, is a true copy of the Order Striking Carlene McPhillip's Answer as Non-Contesting.

10.     Attached hereto as Exhibit H, is a true copy of Carlene McPhillip's Motion entitled "Motion to Quash and Dismiss Any Complaint Seeking Foreclosure Against Carlene McPhillip and Her Consolidated Amended Complaint Seeking Judicial Review in Response to a Foreclosure Complaint filed in the Office of Foreclosure"

11. Attached hereto as Exhibit I, is a true copy of Carlene McPhillip's Motion to Reconsider and Rescind Sua Sponte Striking in Lieu of 1st Amended Complaint Submitted by Plaintiff.

12. Attached hereto as Exhibit J, is a true copy of Summons, Complaint, and Notice of Foreclosure Mediation Availability served upon Carlene McPhillip.

13. Attached hereto as Exhibit K, is a true copy of Carlene McPhillip's Motion to Allow the Filing of Amended/Corrected Answer Pursuant to a Court Order Dated 12/22/2022.

14. Attached hereto as Exhibit L, is a true copy of the Order Denying Carlene McPhillip's Motion to Dismiss; the Order Denying Carlene McPhillip's Motion to Reconsider and Rescind Sua Sponte the Striking of the First Amended Complaint by Plaintiff; and the Order granting Carlene McPhillip's Motion to File an Amended Answer.

15. Attached hereto as Exhibit M, is a true copy of Carlene McPhillip's Amened Answer and Counterclaim to the Complaint in Mortgage Foreclosure.

I certify the statements made here are to the best of my information and knowledge. I understand intentional misstatement is subject to penalty.

Dated: July 12, 2023     By:  */s/Kathleen M. Magoon*
                              Kathleen M. Magoon, *Pro Se*