Michael C. Mulè, Esq.
Joseph M. Labuda, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
*Attorneys for Defendant Allied First Bank SB dba Servbank*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLENE MCPHILLIP,<br><br>            Plaintiff,<br><br>-against-<br><br>KATHLEEN M. MAGOON (PRIVATE CAPACITY)<br>ROBERT G. MALESTEIN (PRIVATE CAPACITY)<br>NATIONSTAR MORTGAGE LLC DBA MR. COOPER, ALLIED FIRST BANK, SB DBA SERVBANK,<br><br>            Defendants. | Civil Action No. 1:23-cv-02663-RMB-EAP<br><br>**CERTIFICATE OF SERVICE**<br><br>**Electronically filed** |

**MICHAEL C. MULÈ**, an attorney duly admitted to practice before this Court, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 7.2 of the United States District Court for the District of New Jersey, certifies as follows:

1. I am a Partner of Milman Labuda Law Group PLLC, counsel for Defendant Allied First Bank, SB DBA Servbank (hereinafter "Servbank" or "Defendant") in the above-entitled action. As such, I am familiar with all of the facts and circumstances heretofore had herein.

2. On August 7, 2023, I caused Defendant's motion papers, including its Notice of Motion, Declaration of Michael C. Mulè with exhibits, Memorandum of Law, Proposed Order, in support of its motion to dismiss the First Amended Complaint of Plaintiff Carlene McPhillip ("Plaintiff" or "McPhillip") pursuant to Fed. R. Civ. P. 12(b)(1) under the Colorado River doctrine

and Fed. R. Civ. P. 12(b)(6) for failure to state a claim to be served on the following via ECF and by regular mail:

>Carlene McPhillip, plaintiff pro se
>3501 Blackhorse Pk #530-1026
>Turnersville, NJ 08012

3. I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2023

>*/s/ Michael C. Mulè*
>Michael C. Mulè