Michael C. Mulè, Esq.
Joseph M. Labuda, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
*Attorneys for Defendant Allied First Bank SB dba Servbank*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLENE MCPHILLIP,<br><br>Plaintiff,<br><br>-against-<br><br>KATHLEEN M. MAGOON (PRIVATE CAPACITY) ROBERT G. MALESTEIN (PRIVATE CAPACITY) NATIONSTAR MORTGAGE LLC DBA MR. COOPER ALLIED FIRST BANK, SB DBA SERVBANK,<br><br>Defendants. | Civil Action No. 1:23-cv-02663-RMB-EAP<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT** |

**THIS MATTER** having come before the Court on motion by defendant ALLIED FIRST BANK, SB dba Servbank ("Servbank") to dismiss the First Amended Complaint filed in this action by PLAINTIFF CARLENE MCPHILLIP, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6); and the Court having reviewed and considered all papers in support and in opposition to the motion and, for good cause, having determined that the First Amended Complaint fails to state a claim against Defendant Servbank,

IT IS on this _____ day of _____, 2023, hereby

ORDERED and ADJUDGED that the First Amended Complaint filed by Plaintiff is hereby dismissed as against defendant ALLIED FIRST BANK, SB dba Servbank, with prejudice.

                                                                                            _____
                                                                                            Honorable Renee Marie Bumb
                                                                                            United States District Judge