# EXHIBIT "D"



**LOGS Legal Group LLP**
Attorneys at Law

14000 Commerce Parkway, Suite B
Mount Laurel, New Jersey 08054
Tel: (856) 793-3080 • Fax: (847) 627-8809

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Partner**
Christopher A. DeNardo (licensed in NJ, NY, PA)

July 21, 2023

Carlene McPhillip
1513 Patricia Court
Williamstown, NJ 08094

RE:   NATIONSTAR MORTGAGE LLC vs. CARLENE MCPHILLIP AND MR. CARLENE MCPHILLIP, HER HUSBAND et al.
  Docket Number:   F-008917-22
  Our File Number:   MYS22-028705

Dear Sir/Madam:

   Enclosed please find a copy of the Order Substituting Plaintiff entered in the above referenced matter.


   Thank you for your attention to this matter.


Very truly yours,

LOGS LEGAL GROUP LLP

 /s/ Maria Y. Vazquez
Maria Y. Vazquez
Litigation Paralegal

Enclosures

www.LOGS.com

Practicing in Indiana as Law Office of Gerald M. Shapiro, LLP

MYS22-028705
LOGS LEGAL GROUP LLP
14000 COMMERCE PARKWAY
SUITE B
MOUNT LAUREL, NJ 08054
(856) 793-3080
Attorneys for Plaintiff

| Nationstar Mortgage LLC<br>*PLAINTIFF*,<br><br>vs.<br><br>Carlene McPhillip and Mr. Carlene McPhillip, her husband<br><br>*DEFENDANTS* | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>GLOUCESTER COUNTY<br>Docket No: F-008917-22<br><br>*CIVIL ACTION*<br><br>**CERTIFICATION AND PROOF OF MAILING** |
|---|---|

TO:
    Carlene McPhillip
    1513 Patricia Court
    Williamstown, NJ 08094

As required by the Rules of Court and by Statute, I enclose copies of:

1. Order Substituting Plaintiff

I am a Paralegal in the office of LOGS Legal Group LLP, attorneys for the plaintiff. On July 21, 2023, this office caused to be mailed by regular mail the items set forth above.

I hereby certify that the aforementioned statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                            /s/ Maria Y. Vazquez
                                            Maria Y. Vazquez

Dated: July 21, 2023

LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Christopher A. DeNardo - 250782017
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
Samantha Gable - 150622016
Jeffrey Rappaport - 003431991
Kevin T. Tonczyczyn - 375602021
MYS 22-028705

| NATIONSTAR MORTGAGE LLC | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION GLOUCESTER COUNTY |
|---|---|
| PLAINTIFF, | DOCKET NO: F-008917-22 |
| vs. | |
| CARLENE MCPHILLIP AND MR. CARLENE MCPHILLIP, HER HUSBAND | CIVIL ACTION |
| DEFENDANTS | ORDER SUBSTITUTING PLAINTIFF |

**THIS MATTER** being opened to the court by Kathleen M. Magoon, Esquire of the firm of LOGS Legal Group LLP, attorneys for Plaintiff, and the Court having considered the papers submitted herein and it appearing that the original Plaintiff in the within foreclosure action, Nationstar Mortgage LLC, has assigned all its rights, title and interest in and to the Note and Mortgage referred to in the Complaint and which is the subject of the within foreclosure action, and that an Assignment of Mortgage has been recorded in the Gloucester County Clerk's Office in favor of the assignee, Allied First Bank, SB dba Servbank, and said assignee being desirous of being substituted as Plaintiff in the within foreclosure action and for good cause appearing:

IT IS ON THIS 21st day of July 2023:

ORDERED that **Allied First Bank, SB dba Servbank** shall be and is hereby substituted as Plaintiff in the within foreclosure action and that the Complaint and all

pleading in this action shall be changed and corrected to substitute **Allied First Bank, SB dba Servbank** in the place of and instead of the original Plaintiff, Nationstar Mortgage LLC.

/s/Robert G. Malestein, P.J.Ch.
Respectfully Recommended
R. 1:34-6 OFFICE OF FORECLOSURE