Carlene McPhillip
3501 Blackhorse Pk #530-1026
Turnersville, NJ 08012
*Pro Se Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLENE MCPHILLIP,<br><br>Plaintiff<br><br>vs.<br><br>KATHLEEN M. MAGOON; NATIONSTAR MORTGAGE, LLC d/b/a MR COOPER; and ALLIED FIRST BANK, SB d/b/a SERVBANK,<br><br>Defendants. | **MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>Civil Action No.:<br><br>1:23-cv-02663-RMB-EAP |

**COMES NOW** the Plaintiff, CARLENE MCPHILLIP, (hereinafter referred to as "Plaintiff"), who, via *Pro* Se submission, and pursuant to Fed. R. Civ. P. 15, who hereby files her Motion for Leave of Court to File Second Amended Complaint for Damages and Demand for Jury Trial, and in support thereof, states the following:

1. On May 17, 2023, Plaintiff filed the instant action. **Doc. No. 1.**
2. On June 28, 2023, Plaintiff filed her First Amended Complaint. **Doc. No. 14.**
3. This is Plaintiff's first request for leave to amend.
4. Rule 15(a)(2) requires either the opposing party's consent or the court's leave to amend the pleadings. Fed R. Civ. P. 15(a)(2).
5. The standard to grant a motion for leave is liberal, as Rule 15(a)(2) reads, "the court should freely give leave when justice so requires." *Id*.; see also *Foman v. Davis*, 371 U.S. 178,

1

182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962) ("[T]his mandate is to be heeded."). Generally, there is a presumption in allowing the moving party to amend its pleadings. See *Del Sontro v. Cendant Corp.*, 223 F. Supp. 2d 563, 576 (D.N.J. 2002).

6. This motion is not made for the purposes of harassment or delay.

7. A proposed Second Amended Complaint for Damages and Demand for Jury Trial is filed contemporaneously with this motion.

8. As required by the Local Rules, a proposed Order is also filed contemporaneously with this motion.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order granting Plaintiff leave of court to file the attached Second Amended Complaint for Damages and Demand for Jury Trial; deem the attached Second Amended Complaint for Damages and Demand for Jury Trial filed and served as of the date of such order; and award Plaintiff any other relief deemed just and proper.

Dated: September 5, 2023.                Respectfully submitted,

By: /s/ Carlene McPhillip
Carlene McPhillip
3501 Blackhorse Pk #530-1026
Turnersville, NJ 08012
Email: kfordays@yahoo.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via US Mail to the parties listed below on this 5th day of September, 2023.

By: /s/ Carlene McPhillip
Carlene McPhillip
3501 Blackhorse Pk #530-1026
Turnersville, NJ 08012
Email: kfordays@yahoo.com
*Pro Se Plaintiff*

Service List:

Joseph M. Labuda, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
*Counsel for Allied First Bank*

Brian M. Gilbert, Esq.
McCalla Raymer Leibert Pierce, LLC
485 Route 1 South, Bldg. F, Suite 300
Iselin, NJ 08830
*Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper*

Kathleen M. Magoon, Esq.
14000 Commerce Parkway
Mount Laurel, New Jersey 08054
*Pro se, Defendant*

The Honorable Robert G. Malestein
19 N. Broad Street, Courtroom 203
Woodbury, NJ 08096
*Defendant*