UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

|  |  |  |
|---|---|---|
|  | : |  |
| Plaintiff, | : | Civil Action No. |
| v. | : | NOTICE OF MOTION |
|  | : |  |
| Defendant. |  |  |
|  | : |  |

PLEASE TAKE NOTICE _____
(Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

_____

(Motion days are the 1st and 3rd Monday of each month)

for an Order _____.
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

_____
Name

_____

_____

_____
Address

Date: _____