IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| CARLENE MCPHILLIP,<br><br>Plaintiff<br><br>vs.<br><br>KATHLEEN M. MAGOON; NATIONSTAR MORTGAGE, LLC d/b/a MR COOPER; and ALLIED FIRST BANK, SB d/b/a SERVBANK,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>Civil Action No.:<br><br>1:23-cv-02663-RMB-EAP |
|---|---|

The above-captioned matter having come before the Court upon Plaintiff's Motion for Leave of Court to File Second Amended Complaint for Damages pursuant to Fed. R. Civ. P. 15,

NOW, THEREFORE, it is on this _____ day of _____, 2023:

**ORDERED** that Plaintiff's motion is GRANTED.

**FURTHER ORDERED** that the Second Amended Complaint for Damages and Demand for Jury Trial is deemed filed and served as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE